IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**NATHANIEL JACKSON, #07591**                              **PETITIONER**

**VS.**                              **CIVIL ACTION NO. 3:06CV26TSL-JCS**

**DEWAYNE MONTGOMERY**                              **RESPONDENT**

___

## JUDGMENT

This matter having come on to be heard on this date upon the report and recommendation of United States Magistrate Judge James C. Sumner entered in this cause on or about March 9, 2007, and the court, having adopted said report and recommendation as the finding of this court by order dated this day, finds that this cause should be dismissed with prejudice.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the above captioned cause be, and the same is hereby, dismissed with prejudice.

SO ORDERED this the 27th day of March, 2007.

/S/ TOM S. LEE
UNITED STATES DISTRICT JUDGE